√#1012  #128473

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 MAY 11 PM 2: 35
CLERK, U.S.
BANKRUPTCY COURT
N.D. OHIO

IN RE:  * CASE NO. 08-35855-S
 * JUDGE RICHARD L. SPEER
 *
GINA M. BURDEN * William L. Swope, Trustee
 * 221 South Main Street
 * Findlay, OH 45840
 * (419) 422-0288
 * Sup. Ct. #0029538
 *

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| MERCER CO. COMMUNITY HOSPITAL<br>800 W. MAIN ST.<br>COLDWATER, OH 45828 | $ 3.64 |
| FAWCETT COLLECTING COMPANY<br>3235 ALLENTOWN RD.<br>LIMA, OH 45805 | $ 2.13 |
| | $ 5.77 |

A check for $5.77 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: May 6, 2010

William L. Swope
Trustee